IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD SHARP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-05-3939 |
| | § | |
| R. JAMES NICHOLSON, | § | |
| SECRETARY, DEPARTMENT OF | § | |
| VETERANS AFFAIRS | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

As the Court has granted Defendant R. James Nicholson's Motion to Dismiss (Document No. 7), the Court hereby

ORDERS that final judgment be entered in favor of Defendant R. James Nicholson, Secretary, Department of Veterans Affairs. Plaintiff Leonard Sharp's claims against R. James Nicholson, Secretary, Department of Veterans Affairs are DISMISSED. Plaintiff shall take nothing from Defendant.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 26th day of April, 2006.

_____

DAVID HITTNER

United States District Judge